ACCEPTED
15-24-00133-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/18/2025 4:36 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00133-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/18/2025 4:36:25 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

**Insight Investments, LLC**,

*Appellant*,

*v.*

**Stonebriar Commercial Finance, LLC**,

*Appellee.*

On Appeal from the 380th District Court, Collin County, Texas
Trial Court Cause No. 380-06242-2022
Honorable Benjamin N. Smith, presiding

## APPELLANT'S RESPONSE TO MOTION TO VACATE AND TRANSFER

Thomas C. Wright
State Bar No. 22059400
Rachel H. Stinson
State Bar No. 24037347
Kyle C. Steingreaber
State Bar No. 24110406
**WRIGHT CLOSE & BARGER, LLP**
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 (Phone)
(713) 572-4320 (Facsimile)
wright@wrightclosebarger.com
stinson@wrightclosebarger.com
steingreaber@wrightclosebarger.com

Mark W. Stout
State Bar No. 24008096
Owen C. Babcock
State Bar No. 24104585
**PADFIELD & STOUT, L.L.P.**
100 Throckmorton St, Ste 700
Fort Worth, Texas 76102
817-338-1616 —Telephone
817-338-1610 —Facsimile
mstout@padfieldstout.com
obabcock@padfieldstout.com

**Attorneys for Appellant Insight Investments, LLC**

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellant Insight Investments, LLC agrees with Stonebriar that *Devon Energy* requires transfer to the Fifth Court of Appeals — Insight asked the Court to do that very thing yesterday.

But *Devon Energy* does not compel the conclusion that this Court lacked jurisdiction to issue its January 24, 2025 supersedeas order.[1] By default, this Court's jurisdictional statutes vest it with "appellate jurisdiction of all civil cases within its district[,]" Tex. Gov't Code § 22.220(a), a district "composed of all counties in this state[,]" *id.* § 22.201(p). *Devon Energy* recognizes that: "[w]e agree the Fifteenth Court has jurisdiction over civil cases appealed from every county." *Devon Energy Prod. Co. v. Oliver*, Misc. No. 25-9014, 2025 WL 826530, at *3 (Tex. Mar. 14, 2025) (per curiam). Only because other statutes carve out specific cases on which the Legislature wants this Court to focus ("properly filed" appeals), *see* Tex. Gov't Code §§ 73.001(b), (c)(1), does that "jurisdictional premise" not "grant every civil appellant the option of litigating" in this Court, *Devon Energy*, 2025 WL 826530, at *3.

---

[1] *Contra* Mot., at 2–3.

Indeed, the Court's ability to transfer this case at all proves its foundational jurisdiction. From *Devon Energy*, again: "[w]hen a court lacks jurisdiction over a case, the only correct disposition is *dismissal* because the court lacks power to do anything else[,]" but "[w]here an appellate court has jurisdiction over a case but should not exercise it in deference to another court with concurrent jurisdiction, the case is transferred from one court to another." *Id.*

That conclusion aligns with Texas's decades-long "embrace[]" of "the modern trend of declining to read statutory mandates to be jurisdictional prohibitions absent clear indication that failure to comply with the mandate also deprives a court of the power to decide the claim." *See Tex. Disposal Sys. Landfill, Inc. v. Travis Cent. Appraisal District*, 694 S.W.3d 752, 759 (Tex. 2024). Texas law in fact presumes such mandates are not jurisdictional. *Tex. Mut. Ins. Co. v. Chicas*, 593 S.W.3d 284, 287 (Tex. 2019). But beyond the naked declaration that this Court "was not authorized" to act on the supersedeas issue,[2] Stonebriar makes no effort to overcome it. Rightly so. This Court "has jurisdiction over civil

---

[2] Mot., at 2–3.

cases appealed from every county." *Devon Energy Prod. Co.*, 2025 WL 826530, at *3.

In sum, the Court should transfer this case to the Fifth Court of Appeals. It should not, however, disturb its January 24, 2025 supersedeas order. Stonebriar questions only this Court's jurisdiction to enter it, a question *Devon Energy* explicitly answers. Insight also asks for all other relief to which it may be entitled at law and in equity.

Respectfully submitted,

*/s/ Kyle C. Steingreaber*
Thomas C. Wright
State Bar No. 22059400
Rachel H. Stinson
State Bar No. 24037347
Kyle C. Steingreaber
State Bar No. 24110406
**WRIGHT CLOSE & BARGER, LLP**
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 - Telephone
(713) 572-4320 - Facsimile
wright@wrightclosebarger.com
stinson@wrightclosebarger.com
steingreaber@wrightclosebarger.com

**Counsel for Appellant Insight Investments, LLC**

4

## CERTIFICATE OF SERVICE

On March 18, 2025, true and correct copies of this response were forwarded to all counsel of record, via e-service, by transmitting to the undersigned's electronic service provider.

/s/Kyle C. Steingreaber
Kyle C. Steingreaber

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Mandy Gonzales on behalf of Kyle Steingreaber
Bar No. 24110406
gonzales@wrightclosebarger.com
Envelope ID: 98604471
Filing Code Description: Other Document
Filing Description: Insight's Response to Motion to Transfer to Fifth Court of Appeals
Status as of 3/19/2025 7:06 AM CST

Associated Case Party: Stonebriar Commercial Finance, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Dylan French | | dfrench@winston.com | 3/18/2025 4:36:25 PM | SENT |
| LeElle Slifer | | lslifer@winston.com | 3/18/2025 4:36:25 PM | SENT |

Associated Case Party: Insight Investments, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| LeElle Slifer | 24074549 | lslifer@winston.com | 3/18/2025 4:36:25 PM | SENT |
| Rachel H.Stinson | | stinson@wrightclosebarger.com | 3/18/2025 4:36:25 PM | SENT |
| Thomas C.Wright | | wright@wrightclosebarger.com | 3/18/2025 4:36:25 PM | SENT |
| Kyle Steingreaber | | steingreaber@wrightclosebarger.com | 3/18/2025 4:36:25 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Houston Docketing | | ecf_houston@winston.com | 3/18/2025 4:36:25 PM | SENT |
| Newman Nahas | | NNahas@winston.com | 3/18/2025 4:36:25 PM | SENT |